ZULENA PARKER, Respondent, v. CITY OF LOCKPORT, Appellant.— Motion for leave to appeal to Court of Appeals denied, with ten dollars costs.

REGINA BUSSMAN, as Administratrix, etc., Respondent, v. PETER W. VAN PEYMA and Others, Appellants.— Motion for leave to appeal to Court of Appeals denied, with ten dollars.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JACOB SMITH, Appellant.— Motion granted and appeal dismissed.

GRACE F. AGGE, Plaintiff, v. INTERNATIONAL RAILWAY COMPANY, Defendant.— Appeal dismissed, without costs, upon stipulation filed.

ANNA DARE, Appellant, v. RAGUS TEA AND COFFEE COMPANY, Respondent.— Motion granted and appeal dismissed, with costs.

ISAAC B. DREYFUSS, Appellant, v. JOSEPH H. FISHER, Respondent, Impleaded, etc.— Motion to dismiss appeal granted, unless appellant shall file and serve the printed papers on appeal and pay to respondent's attorney ten dollars within twenty days, and be ready for argument of the appeal at the opening of the January term.

SAMUEL MAIMES, Appellant, v. THE AUTOMOBILE INSURANCE COMPANY OF HARTFORD, CONN., Respondent.— Motion to dismiss appeal granted, unless appellant shall file and serve printed papers on appeal within twenty days, and be ready for argument of the appeal at the opening of the January term.

L. F. DENGLER MACHINE COMPANY, INC., Respondent, v. CURTISS AEROPLANE AND MOTOR CORPORATION, Appellant.— Judgment and order affirmed, with costs. All concur, except Hubbs, J., who dissents upon the ground that the records kept did not comply with the terms of the contract and it was error to submit that question to the jury.

WILLIAM E. BROWNJOHN, Respondent, v. WHITE SEWING MACHINE COMPANY, INC., Appellant.— Judgment and order reversed and new trial granted, with costs to the appellant to abide the event, unless the plaintiff shall, within ten days, stipulate to reduce the verdict to the sum of $1,000 as of the date of the rendition thereof, in which event the judgment is modified accordingly, and as so modified is, together with the order, affirmed, without costs of this appeal to either party. Held, that the verdict is against the weight of the evidence upon the question of damages and is excessive. All concur.

ROY S. FITCH, Respondent, v. THE NEW YORK CENTRAL RAILROAD. COMPANY, Appellant.— Judgment and order affirmed, with costs. All concur, except De Angelis and Hubbs, JJ., who dissent upon the ground that it appears affirmatively that the plaintiff was guilty of contributory negligence.

JOHN P. PUGH, Respondent, v. PENNSYLVANIA RAILROAD COMPANY, Appellant.— Judgment affirmed, with costs. All concur, except Kruse, P. J., and De Angelis, J., who are of the opinion that upon the findings the recovery cannot be sustained and vote for reversal and dismissal of the complaint.